IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CRYSTAL ANGELA GREEN, | : | CIVIL ACTION |
| Plaintiff | : | |
| v. | : | |
| | : | |
| ANDREW SAUL, | : | |
| Commissioner of the Social | : | |
| Security Administration, | : | |
| Defendant | : | NO.  20-711 |

## MEMORANDUM

CAROL SANDRA MOORE WELLS
UNITED STATES MAGISTRATE JUDGE                                            June 8, 2020

Crystal Angela Green ("Plaintiff") seeks judicial review, pursuant to 42 U.S.C. § 405(g), of the final decision of the Commissioner of the Social Security Administration ("the Commissioner").  The Commissioner file his answer, together with the administrative record, on June 2, 2020.  Two days later, the Commissioner filed a motion to remand the case; he concedes that the administrative law judge ("ALJ") erred and this case must be remanded so that the ALJ can properly include Plaintiff's mental impairments, particularly her limitations in interacting with others, within the assessment of Plaintiff's residual functional capacity.  Def.'s Uncontested Mot. to Remand at 1.  The Commissioner represents that Plaintiff, through his attorney, consents to the Commissioner's request.  *Id.*

Inasmuch as the Commissioner has acknowledged that the ALJ committed a reversible error when evaluating Plaintiff's disability claim, this court is able to order the requested remand, pursuant to **sentence four** of 42 U.S.C. § 405(g).  *See Melkonyan v. Sullivan*, 501 U.S. 89, 98 (1991).  Additionally, since both parties agree to it, this court will order a remand.

An implementing Order follows.