# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CRYSTAL ANGELA GREEN, | : | CIVIL ACTION |
| Plaintiff | : | |
| v. | : | |
| | : | |
| ANDREW SAUL, | : | |
| Commissioner of the Social | : | |
| Security Administration, | : | |
| Defendant | : | NO. 20-711 |

## ORDER

**AND NOW**, this 8th day of June, 2020 upon consideration of "Defendant's Uncontested Motion to Remand" (Document No. 15), for the reasons provided in the preceding Memorandum of today, it is hereby **ORDERED** that the Motion is **GRANTED**. It is further **ORDERED** that the Commissioner's final decision is **REVERSED** and, pursuant to **sentence four** of 42 U.S.C. 405(g), the case is **REMANDED** so that the Commissioner can properly include Plaintiff's mental impairments, particularly her limitations in interacting with others, within the assessment of Plaintiff's residual functional capacity.

**BY THE COURT**:

_/s/ Carol Sandra Moore Wells_
CAROL SANDRA MOORE WELLS
United States Magistrate Judge